IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES PRAY | CRIMINAL ACTION<br>NO. 14-55-1 |

## ORDER

**AND NOW**, this 15th day of March 2021, upon consideration of James Pray's *pro se* Motion for Compassionate Release, (ECF 167), and the Government's Response, (ECF 169), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.